UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Catherine Shanahan
                                       Plaintiff,

v.                                                          Case No.: 1:19–cv–03788
                                                          Honorable John Robert Blakey

National Auto Protection Corp., et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The Court denies Plaintiff's motion for additional discovery [88]. Discovery must be proportional to the needs of the case and its likely benefit must not be outweighed by burden or expense, see Fed. R. Civ. P. 26(b)(1). Absent something more than conjecture, which is what Plaintiff's motion is based upon, the Court will not allow subpoenas and depositions of non–parties with no demonstrated link to this case or even forum. Additionally, although Plaintiff also seeks discovery from Defendants, this Court has already provided her an opportunity to conduct jurisdictional discovery, and she does not explain why she did not previously seek to support her agency theory. Although the Nebraska case may have put a finer point on the relationship between the Defendant in that suit and other entities, that lawsuit is not the only source of such information and Plaintiff does not explain why she could not have asked the relevant questions when she had the chance to do so. In fact, it appears that Plaintiff did seek discovery to support her claim that Defendants' agents subject them to personal jurisdiction here, and she came up empty–handed. The Court declines to give her a second chance to fish for additional information, especially when the bulk of the discovery she seeks relates to non–parties she has not tied to this forum. In light of the Court's decision today, the Court hereby reinstates its prior Memorandum Opinion and Order [92] and grants the Matrix Defendants' and Nation Motor's motions to dismiss for lack of personal jurisdiction [54], [57]. The 2/2/21 telephonic motion hearing is converted to a status hearing, at which time Plaintiff should be prepared to say how she plans to proceed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.