**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Catherine Shanahan

                                        Plaintiff,

v.                                                                    Case No.: 1:19–cv–03788
                                                                               Honorable John Robert Blakey

National Auto Protection Corp., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 2, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Telephonic status hearing held on 2/2/2021. Based upon the representations of the parties this case has settled and is dismissed without prejudice. Absent reinstatement on or before 3/16/2021, the dismissal will convert to one with prejudice without further order of the Court. Any other pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.